**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 01-6673**

―――――――――

FRANK LEACH, JR.,

Petitioner - Appellant,

versus

ROBERT WARD, Warden of Evans Correctional In-
stitution; CHARLES M. CONDON, Attorney General
of the State of South Carolina,

Respondents - Appellees.

―――――――――

Appeal from the United States District Court for the District of
South Carolina, at Spartanburg.  Patrick Michael Duffy, District
Judge.  (CA-00-301-7-23)

―――――――――

Submitted:  August 28, 2001      Decided:  September 20, 2001

―――――――――

Before WIDENER, TRAXLER, and GREGORY, Circuit Judges.

―――――――――

Dismissed by unpublished per curiam opinion.

―――――――――

Frank Leach, Jr., Appellant Pro Se.  Derrick K. McFarland, OFFICE
OF THE ATTORNEY GENERAL OF SOUTH CAROLINA, Columbia, South Caro-
lina, for Appellees.

―――――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Frank Leach, Jr., seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Leach v. Ward, No. CA-00-301-7-23 (D.S.C. Apr. 2, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2